In re: Victor P. Kearney,　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§　Case No.: 17-12274
　　　　　　　　　　　　　　　　§
　　　　Debtor.　　　　　　　　　§

# NOTICE OF APPEAL

**Part 1: Identify the appellant(s)**

1. Name of appellant(s):

   Victor P. Kearney

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   | For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
   |---|---|
   | ☐ Plaintiff | ☒ Debtor |
   | ☐ Defendant | ☐ Creditor |
   | ☐ Other (describe) | ☐ Trustee |
   |  | ☐ Other _____ |

**Part 2: Identify the appellee:**

1. Name of appellee(s):

   Official Committee of Unsecured Creditors. For information regarding Appellee's counsel, please reference Part 4 below.

**Part 3: Identify the subject of this appeal**

1. Describe the judgement, order, or decree appealed from:

   *Order Denying Debtor's Motion for Reconsideration* [Docket No. 253], attached hereto as **Exhibit A**, and *Order Denying Second Motion to Extend Exclusivity* [Docket No. 240], attached hereto as **Exhibit B**.

2. State the date on which the judgment, order, or decree was entered:  May 25, 2018.

**Part 4: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Attorney:

| **Debtor** | **Attorneys for Debtor** |
|---|---|
| Victor P. Kearney<br>4700 Hannett Avenue NE<br>Albuquerque, New Mexico 871110 | Marcus A. Helt (TX 24052187)<br>**FOLEY GARDERE**<br>**FOLEY & LARDNER LLP**<br>2021 McKinney Avenue, Suite 1600<br>Dallas, Texas 75201<br>Phone: 214.999.3000 / Fax: 214.999.4667<br>mhelt@foley.com |
| **U.S. Trustee** | **Attorney for U.S. Trustee** |
| United States Trustee<br>PO Box 608<br>Albuquerque, New Mexico 87103 | Alice Nystel Page<br>Office of the U.S. Trustee<br>PO Box 608<br>Albuquerque, New Mexico 87103-0608<br>Phone: 505-248-6550<br>Fax: 505-248-6558<br>Alice.N.Page@usdoj.gov |
| **Creditor** | **Attorneys for Creditor** |
| Unsecured Creditors Committee<br>c/o **WALKER & ASSOC., P.C.**<br>500 Marquette NW #650<br>Albuquerque, New Mexico 87102<br>Phone: 505-766-9272 | Chris W Pierce<br>**WALKER & ASSOCIATES, P.C.**<br>500 Marquette N.W., Suite 650<br>Albuquerque, New Mexico 87102<br>Phone: 505-766-9272<br>Fax : 505-766-9287<br>cpierce@walkerlawpc.com |

**Part 5: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

**Part 6: Sign Below**

Dated: June 8, 2018            Respectfully submitted,

/s/ *Marcus A. Helt*
Marcus A. Helt (TX 24052187)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Phone: 214.999.3000 / Fax: 214.999.4667
mhelt@foley.com

**COUNSEL FOR THE DEBTOR**

*(Admitted Pro Hac Vice)*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 8, 2018, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

*/s/ Marcus A. Helt*
Marcus A. Helt

# EXHIBIT A

**See the Order Attached**

# EXHIBIT B

**See the Order Attached**